UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAFAEL COLLADO,

       Petitioner,

    v.

WARDEN, GLADES COUNTY
DETENTION CENTER,  US
ATTORNEY GENERAL,

       Respondents,

Case No. 2:26-cv-2108-KCD-NPM

_____/

## **ORDER**

Petitioner Rafael Collado filed a pro se habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.)[1] As best the Court can tell, he claims that his continued detention violates the Fifth Amendment as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.* at 7.) Respondents oppose the petition. (Doc. 7.)

This is Collado's second petition. The prior case was dismissed for lack of cooperation with removal. *See* Case No. 2:26-cv-1795- KCD-NPM. Because Collado's petition here recycles the same arguments and has not shown—or even argued—he cooperated with the removal attempt to Mexico that was the basis for the prior denial, the same result applies here. (*Id.*)

---

[1] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.

Accordingly, the habeas petition (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and close the case.

**ORDERED** in Fort Myers, Florida on July 10, 2026.

Kyle C. Dudek
United States District Judge